# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 99-50346

_____

DIANA SALTZMAN,
PRESIDENT EMERITUS OF ASSOCIATION OF PROFESSIONALS
IN POSITIONS OF LEADERSHIP IN EDUCATION,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY AGGRIEVED EMPLOYEES;
GRAYDON LOVE,
PRESIDENT OF ASSOCIATION OF PROFESSIONALS IN POSITIONS OF LEADERSHIP IN EDUCATION,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY AGGRIEVED EMPLOYEES;
BETTY WILLIAMS,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
MARY JUDITH LUSTED,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
EVELYN RANUM,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
LAURA SALAZAR,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
JUDY ZIMMER,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
CARLOS MONREAL,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
ROSEANNE GASTON-RICO,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
MELISSA RAMOS,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
CYNTHIA GARDNER,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
SANDRA SUTTON,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
JURETTA MARSHALL,
INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED AGGRIEVED EMPLOYEES;
AND
BLANCO GUAJARDO,

Plaintiffs-Appellants,

T.A. (TONY) GUAJARDO,

Appellant,

VERSUS

SAN ANTONIO INDEPENDENT SCHOOL DISTRICT;
THOMAS C. LOPEZ,

PRESIDENT, BOARD OF EDUCATION;
SYLVIA WARD,
VICE-PRESIDENT, BOARD OF EDUCATION;
JAMES A. HOWARD,
SECRETARY, BOARD OF EDUCATION;
PAUL TALAMANTEZ,
ASSISTANT SECRETARY, BOARD OF EDUCATION;
CONNIE ROCHA,
MEMBER OF THE BOARD OF EDUCATION;
JULIAN TREVINO,
MEMBER OF THE BOARD OF EDUCATION;
MARY ESTHER BERNAL,
MEMBER OF THE BOARD OF EDUCATION;
IN THEIR OFFICIAL CAPACITIES,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Western District of Texas
(SA-95-CV-1131)

_____

April 6, 2000

Before REAVLEY, SMITH, and
    EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the arguments of counsel. We find no reversible error in the findings and conclusions of the district court. The judgment is AFFIRMED on the basis of the district court's opinion.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**2**